KIEDROWSKI, Respondent, vs. WHITE and another, Appellants.

For the appellants: *Wilbershide, Baumblatt & Storms* of Racine.

For the respondent: *Beck, Smith & Heft* of Racine.

*By the Court.*—Judgment affirmed.

BANK OF EDGAR, Respondent, vs. EDGAR BASKET & MANU-FACTURING COMPANY, Appellant.

For the appellant: *S. W. Jensch* of Hudson.

For the respondent: *Bird, Smith, Okoneski & Puchner* of Wausau.

*By the Court.*—Order affirmed.

ERNY BASKET COMPANY, Appellant, vs. BANK OF EDGAR and another, Respondents.

For the appellant: *S. W. Jensch* of Hudson.

For the respondents: *Bird, Smith, Okoneski & Puchner* of Wausau.

*By the Court.*—Order affirmed.